UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STANLEY URSERY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:06 CV 1768 CAS |
| ) | DDN |
| TROY STEELE, ) | |
| ) | |
| Respondent. ) | |

### ORDER OF DISQUALIFICATION

Active District Judge Henry E. Autrey of this court having been the trial judge in the Missouri state case involving instant federal habeas petitioner Stanley Ursery, because Judge Autrey participates in the appointing authority of the undersigned Magistrate Judge, and because an appearance of impropriety may occur if the undersigned participates in the decision-making in this action, 28 U.S.C. § 455(a),

**IT IS HEREBY ORDERED** that the undersigned Magistrate Judge is disqualified from participating in this action.

/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 15, 2007.